09/13/17

## Zephyr Media Group, Inc.
## Atomic Direct - Open Invoices
### All Transactions

| Date | Num | Memo | Paid | Amount | Open Balance |
|---|---|---|---|---|---|
| 05/22/2017 | 3720 | Nano April 2017 | Unpaid | 90,835.20 | 22,852.80 |
| 06/07/2017 | 3826 | The Big Stretch May 2017 | Unpaid | 16,852.80 | 16,852.80 |
| 06/13/2017 | 3827 | Exposed May 2017 | Unpaid | 76,324.80 | 76,324.80 |
| 07/11/2017 | 3899 | Exposed June 2017 | Unpaid | 85,391.04 | 85,391.04 |
| 08/15/2017 | 4016 | Exposed July 2017 | Unpaid | 92,626.56 | 92,626.56 |
| 09/11/2017 | 4102 | Exposed August 2017 | Unpaid | 77,385.60 | 77,385.60 |
| 09/11/2017 | 4103 | Exposed September 2017 - ESTIMATE | Unpaid | 6,000.00 | 6,000.00 |
| 09/11/2017 | 4104 | TTR September 2017 - ESTIMATE | Unpaid | 937.50 | 937.50 |
| Total | | | | 446,353.50 | 378,371.10 |

EXHIBIT 1

# Media Invoice

| Remit To: | | |
|---|---|---|
| ZEPHYR MEDIA GROUP, INC. | | |
| 990 Grove St. Suite 300 | | |
| Evanston, IL 60201 | | |
| 847-328-1519 | | |

| INVOICE DATE | INVOICE NO |
|---|---|
| 6/13/2017 | 3827 |

**Bill To:**
Atomic Direct, Ltd.
1219 SE Lafayette St.
Portland, OR 97202
Attn: Skye Weadick

| MEDIA TYPE | CAMPAIGN | BILLING PERIOD |
|---|---|---|
| TV SHORTFORM | Exposed Skin Care | May 2017 |

| DESCRIPTION | GROSS |
|---|---|
| DISH NETWORK YOUNG ADULT CLUSTER | 17,175.00 |
| ENTERTAINMENT TELEVISION | 21,350.00 |
| MTV | 14,650.00 |
| MTV2 | 10,730.00 |
| VIBRANT TV | 0.00 |
| WOMEN'S ENTERTAINMENT | 15,600.00 |
| ATOMIC COMMISSIONS | -3,180.20 |

------------------------------------------------

Gross Media: $79,505.00
4% Atomic Commission: $3,180.20
Total Due to Zephyr: $76,324.80
85% Zephyr Payments: $67,579.25
11% Zephyr Commission: $8,745.55

Thank you for your business.

| TOTAL DUE: | $76,324.80 |
|---|---|
| PAYMENTS/CREDITS: | $0.00 |
| **NET DUE:** | **$76,324.80** |

| PAYMENT TERMS | Net 30 |
|---|---|

WIRE TRANSFER INFO:
JP Morgan Chase Bank
ABA/Routing # 071000013
420 West Van Buren 4th Floor
Mail Code IL 1-0814
Chicago, IL 60606
For Credit to:
Zephyr Media Group, Inc
Account #700659621

**EXHIBIT 2**

Zephyr Media Group  06/12/17 kv
Client: ATOM-ATOMIC DIRECT
Product: EXPS-Exposed Skin Care
Campaign: 2Q17-2Q 2017
May 2017

| Station | Stn Name | Invoice | Gross $ | Net $ | Commission |
|---|---|---|---|---|---|
| DISHF | Dish Network Female Cluster | DNR | $0.00 | $0.00 | $0.00 |
| DISHY | Dish Young Adult Cluster | 187448 | $17,175.00 | $14,598.75 | $2,576.25 |
| ENT | E! Entertainment TV | EF696684 | $21,350.00 | $18,147.50 | $3,202.50 |
| MTV | MTV Network | M117050965 | $14,650.00 | $12,452.50 | $2,197.50 |
| MTV2 | MTV2 Network | M217050510 | $10,730.00 | $9,120.50 | $1,609.50 |
| VIBRA | VIBRANT TV | | $0.00 | $0.00 | $0.00 |
| WE | Women's Entertainment | WE17050451 | $15,600.00 | $13,260.00 | $2,340.00 |
| | | | $79,505.00 | $67,579.25 | $11,925.75 |

| | |
|---|---|
| Gross | $79,505.00 |
| Less Net | -$67,579.25 |
| 15% Commission | $11,925.75 |

| | |
|---|---|
| Gross X .04 = 4% Atomic Commission | $3,180.20 |
| Gross X .11 = 11% Zephyr Commission | $8,745.55 |
| 15% Commission | $11,925.75 |

| | | |
|---|---|---|
| Gross | $79,505.00 | |
| Less 4% Atomic Commission | -$3,180.20 | |
| **Total Due to Zephyr** | $76,324.80 | Inv #3827 |

# Media Invoice

| Remit To: | | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| ZEPHYR MEDIA GROUP, INC.<br>990 Grove St. Suite 300<br>Evanston, IL 60201<br>847-328-1519 | | 7/11/2017 | 3899 |

**Bill To:**
Atomic Direct, Ltd.
1219 SE Lafayette St.
Portland, OR 97202
Attn: Skye Weadick

| MEDIA TYPE | CAMPAIGN | BILLING PERIOD |
|---|---|---|
| TV SHORTFORM | Exposed Skin Care | June 2017 |

| DESCRIPTION | GROSS |
|---|---|
| DISH NETWORK YOUNG ADULT CLUSTER | 15,579.00 |
| ENTERTAINMENT TELEVISION | 23,350.00 |
| MTV | 16,925.00 |
| MTV2 | 13,595.00 |
| VIBRANT TV | 0.00 |
| WOMEN'S ENTERTAINMENT | 19,500.00 |
| ATOMIC COMMISSIONS | -3,557.96 |

Gross Media: $88,949.00
4% Atomic Commission: $3,557.96
Total Due: $85,391.04
85% Zephyr Payments: $75,606.65
11% Zephyr Commission: $9,784.39

Thank you for your business.

| PAYMENT TERMS | Net 30 |
|---|---|

| TOTAL DUE: | $85,391.04 |
|---|---|
| PAYMENTS/CREDITS: | $0.00 |
| **NET DUE:** | **$85,391.04** |

WIRE TRANSFER INFO:
JP Morgan Chase Bank
ABA/Routing # 071000013
420 West Van Buren 4th Floor
Mail Code IL 1-0814
Chicago, IL 60606
For Credit to:
Zephyr Media Group, Inc
Account #700659621

**Zephyr Media Group** 07/11/17 kv
Client: ATOM-ATOMIC DIRECT
Product: EXPS-Exposed Skin Care
Campaign: 2Q17-2Q 2017
June 2017

| Station | Station Name | Invoice # | Gross $ | Net $ | 15% Commission |
|---|---|---|---|---|---|
| DISHF | Dish Network Female Cluster | | $0.00 | $0.00 | $0.00 |
| DISHY | Dish Young Adult Cluster | 189453 | $15,579.00 | $13,242.15 | $2,336.85 |
| ENT | E! Entertainment TV | EF715512 | $23,350.00 | $19,847.50 | $3,502.50 |
| MTV | MTV Network | M117060909 | $16,925.00 | $14,386.25 | $2,538.75 |
| MTV2 | MTV2 Network | M217060513 | $13,595.00 | $11,555.75 | $2,039.25 |
| VIBRA | VIBRANT TV | | $0.00 | $0.00 | $0.00 |
| WE | Women's Entertainment | WE17060766 | $19,500.00 | $16,575.00 | $2,925.00 |
| | | | **$88,949.00** | **$75,606.65** | **$13,342.35** |

| | |
|---|---|
| Gross | $88,949.00 |
| Less Net | -$75,606.65 |
| 15% Commission | $13,342.35 |

| | |
|---|---|
| Gross x .04 = 4% Atomic Commission | $3,557.96 |
| Gross x .11 = 11% Zephyr Commission | $9,784.39 |
| 15% Commission | $13,342.35 |

| | | |
|---|---|---|
| Gross | $88,949.00 | |
| Less 4% Atomic Commission | -$3,557.96 | |
| **Total Due to Zephyr** | **$85,391.04** | Inv #3899 |

# Media Invoice

| Remit To: | | INVOICE DATE | INVOICE NO |
|---|---|---|---|
| ZEPHYR MEDIA GROUP, INC.<br>990 Grove St. Suite 300<br>Evanston, IL 60201<br>847-328-1519 | | 8/15/2017 | 4016 |

**Bill To:**
Atomic Direct, Ltd.
1219 SE Lafayette St.
Portland, OR 97202
Attn: Skye Weadick

| MEDIA TYPE | CAMPAIGN | BILLING PERIOD |
|---|---|---|
| TV SHORTFORM | Exposed Skin Care | July 2017 |

| DESCRIPTION | GROSS |
|---|---:|
| BRAVO | 13,420.00 |
| ENTERTAINMENT TELEVISION | 19,250.00 |
| ENTERTAINMENT TELEVISION - SAN ANTONIO | 10,016.00 |
| MTV | 16,470.00 |
| MTV2 | 11,130.00 |
| MTV - AUSTIN | 10,000.00 |
| VIBRANT TV | 0.00 |
| WOMEN'S ENTERTAINMENT | 16,200.00 |
| ATOMIC COMMISSION | -3,859.44 |

----------------------------------------

Gross Media: $96,486.00
4% Atomic Commission: $3,859.44
Total due to Zephyr: $92,626.56
85% Zephyr Payments: $82,013.10
11% Zephyr Commission: $10,613.46

Please remit to above address.

| PAYMENT TERMS | Net 30 |
|---|---|

| TOTAL DUE: | $92,626.56 |
|---|---:|
| PAYMENTS/CREDITS: | $0.00 |
| **NET DUE:** | **$92,626.56** |

WIRE TRANSFER INFO:
JP Morgan Chase Bank
ABA/Routing # 071000013
420 West Van Buren 4th Floor
Mail Code IL 1-0814
Chicago, IL 60606
For Credit to:
Zephyr Media Group, Inc
Account #700659621

Zephyr Media Group  08/15/17 kv
Client: ATOM-ATOMIC DIRECT
Product: EXPS-Exposed Skin Care
Campaign: 3Q17-3Q 2017
July 2017

| Station | Station Name | Invoice # | Gross | Net | 15% Commission |
|---|---|---|---|---|---|
| BRVO | BRAVO | BR722297 | $13,420.00 | $11,407.00 | $2,013.00 |
| ENT | E! Entertainment TV | EF729261 | $19,250.00 | $16,362.50 | $2,887.50 |
| ENTSA | E! San Antonio | 4530228 | $10,016.00 | $8,513.60 | $1,502.40 |
| MTV | MTV Network | M117071136 | $16,470.00 | $13,999.50 | $2,470.50 |
| MTV2 | MTV2 Network | M217070622 | $11,130.00 | $9,460.50 | $1,669.50 |
| MTVAU | MTV Austin | 4544828 | $10,000.00 | $8,500.00 | $1,500.00 |
| VIBRA | VIBRANT TV |  | $0.00 | $0.00 | $0.00 |
| WE | Women's Entertainment | WE17070654 | $16,200.00 | $13,770.00 | $2,430.00 |
|  |  |  | $96,486.00 | $82,013.10 | $14,472.90 |

| | |
|---|---|
| Gross | $96,486.00 |
| Less Net | -$82,013.10 |
| 15% Commission | $14,472.90 |

| | |
|---|---|
| Gross x .04 = 4% Atomic Commission | $3,859.44 |
| Gross x .11 = 11% Zephyr Commission | $10,613.46 |
| 15% Commission | $14,472.90 |

| | | |
|---|---|---|
| Gross | $96,486.00 | |
| Less 4% Atomic Commission | -$3,859.44 | |
| Total Due to Zephyr | $92,626.56 | Inv #4016 |

# Media Invoice

**Remit To:**
ZEPHYR MEDIA GROUP, INC.
990 Grove St. Suite 300
Evanston, IL 60201
847-328-1519

| INVOICE DATE | INVOICE NO |
|---|---|
| 9/11/2017 | 4102 |

**Bill To:**
Atomic Direct, Ltd.
1219 SE Lafayette St.
Portland, OR 97202
Attn: Skye Weadick

| MEDIA TYPE | CAMPAIGN | BILLING PERIOD |
|---|---|---|
| TV SHORTFORM | Exposed Skin Care | August 2017 |

| DESCRIPTION | GROSS |
|---|---|
| BRAVO | 19,760.00 |
| ENTERTAINMENT TELEVISION | 20,850.00 |
| MTV | 15,540.00 |
| MTV2 | 10,060.00 |
| VIBRANT TV | 0.00 |
| WOMEN'S ENTERTAINMENT | 14,400.00 |
| ATOMIC COMMISSIONS | -3,224.40 |

------------------------------------------

GROSS MEDIA: $80,610.00
4% ATOMIC COMMISSION: $3,224.40
TOTAL DUE TO ZEPHYR: $77,385.60
85% ZEPHYR PAYMENTS: $68,518.50
11% ZEPHYR COMMISSION: $8,867.10

Thank you for your business.

| PAYMENT TERMS | Net 30 |
|---|---|

| TOTAL DUE: | $77,385.60 |
|---|---|
| PAYMENTS/CREDITS: | $0.00 |
| **NET DUE:** | **$77,385.60** |

WIRE TRANSFER INFO:
JP Morgan Chase Bank
ABA/Routing # 071000013
420 West Van Buren 4th Floor
Mail Code IL 1-0814
Chicago, IL 60606
For Credit to:
Zephyr Media Group, Inc
Account #700650921

# Media Invoice

| Remit To: | |
|---|---|
| ZEPHYR MEDIA GROUP, INC.<br>990 Grove St. Suite 300<br>Evanston, IL 60201<br>847-328-1519 | |

| INVOICE DATE | INVOICE NO |
|---|---|
| 10/12/2017 | 4103 |

**Bill To:**
Atomic Direct, Ltd.
1219 SE Lafayette St.
Portland, OR 97202
Attn: Skye Weadick

| MEDIA TYPE | CAMPAIGN | BILLING PERIOD |
|---|---|---|
| TV SHORTFORM | Exposed Skin Care | September 2017 |

| DESCRIPTION | GROSS |
|---|---|
| \*\*\*REVISED\*\*\*<br><br>7.5% COMMISSION<br><br>------------------------------------<br><br>Gross: $58,360.00<br>Net: $49,606.00<br>15% Commission: $8,754.00<br>7.5% Commission: $4,377.00 | 4,377.00 |

Thank you for your business.

| PAYMENT TERMS | Net 30 |
|---|---|

| TOTAL DUE: | $4,377.00 |
|---|---|
| PAYMENTS/CREDITS: | $0.00 |
| **NET DUE:** | $4,377.00 |

WIRE TRANSFER INFO:
JP Morgan Chase Bank
ABA/Routing # 071000013
420 West Van Buren 4th Floor
Mail Code IL 1-0814
Chicago, IL 60606
For Credit to:
Zephyr Media Group, Inc
Account #700659621

**Zephyr Media Group** 10/12/17 kv
**Client:** ATOM-ATOMIC DIRECT
**Product:** EXPS-Exposed Skin Care
September 2017

| Station | Station Name | Invoice | Gross | Net | 15% Commisson |
|---|---|---|---|---|---|
| BRVO | BRAVO | DNR | $0.00 | $0.00 | $0.00 |
| COME | Comedy Central | DNR | $0.00 | $0.00 | $0.00 |
| DISHY | Dish Young Adult Cluster | 195351 | $6,600.00 | $5,610.00 | $990.00 |
| ENT | E! Entertainment TV | DNR | $0.00 | $0.00 | $0.00 |
| MTV | MTV Network | M117090978 | $22,270.00 | $18,929.50 | $3,340.50 |
| MTV2 | MTV2 Network | M217090530 | $14,490.00 | $12,316.50 | $2,173.50 |
| VIBRA | VIBRANT TV | | $0.00 | $0.00 | $0.00 |
| WE | Women's Entertainment | | $15,000.00 | $12,750.00 | $2,250.00 |
| | | | $58,360.00 | $49,606.00 | $8,754.00 |

| | | |
|---|---|---|
| Gross | $58,360.00 | |
| Less Net | -$49,606.00 | |
| 15% Commission | $8,754.00 | |
| 7.5% Commission | $4,377.00 | |
| **Total** Due to Zephyr | $4,377.00 | Inv #4103 |

# Media Invoice

**Remit To:**
ZEPHYR MEDIA GROUP, INC.
990 Grove St. Suite 300
Evanston, IL 60201
847-328-1519

| INVOICE DATE | INVOICE NO |
|---|---|
| 10/12/2017 | 4104 |

**Bill To:**
Atomic Direct, Ltd.
1219 SE Lafayette St.
Portland, OR 97202
Attn: Skye Weadick

| MEDIA TYPE | CAMPAIGN | BILLING PERIOD |
|---|---|---|
| TV SHORTFORM | Through the Roof | 09/11-09/24/17 |

| DESCRIPTION | GROSS |
|---|---|
| ***REVISED*** | |
| 7.5% COMMISSION | 1,153.95 |
| ------------------------------------ | |
| Gross: $15,386.00 | |
| Net: $13,078.10 | |
| 15% Commission: $2,307.90 | |
| 7.5% Commission: $1,153.95 | |

Thank you for your business.

| PAYMENT TERMS | Net 30 |
|---|---|

| **TOTAL DUE:** | $1,153.95 |
|---|---|
| **PAYMENTS/CREDITS:** | $0.00 |
| **NET DUE:** | $1,153.95 |

WIRE TRANSFER INFO:
JP Morgan Chase Bank
ABA/Routing # 071000013
420 West Van Buren 4th Floor
Mail Code IL 1-0814
Chicago, IL 60606
For Credit to:
Zephyr Media Group, Inc
Account #700659621

**Zephyr Media Group**   10/12/17 kv
**Customer:** ATOM-ATOMIC DIRECT
**Product:** THTR-Through The Roof
September 2017

| Station | Station Name | Invoice | Gross | Net | 15% Commission |
|---|---|---|---|---|---|
| AHC | American Heroes Channel | 1432816 | $2,380.00 | $2,023.00 | $357.00 |
| DISHM | DISH Mens Cluster | 194776 | $6,406.00 | $5,445.10 | $960.90 |
| DIY | Do It Yourself Network | 917-2403-1 | $3,600.00 | $3,060.00 | $540.00 |
| HGTV | Home & Garden TV | 917-3741-1 | $3,000.00 | $2,550.00 | $450.00 |
|  |  |  | $15,386.00 | $13,078.10 | $2,307.90 |

| | | |
|---|---|---|
| Gross | $15,386.00 | |
| Less Net | -$13,078.10 | |
| 15% Commission | $2,307.90 | |
| 7.5% Commission | $1,153.95 | |
| Total Due to **Zephyr Media Group** | $1,153.95 | Inv #4104 |